**WANG HARTMANN GIBBS & CAULEY, PC**
Richard F. Cauley (SBN: 109194)
richardcauley@whgclaw.com
Kenneth A. Ohashi (SBN: 230440)
kennethohashi@whgclaw.com
1301 Dove Street, Suite 1050
Newport Beach, California 92660
Telephone:  (949) 833-8483
Facsimile:  (949) 833-2281

Attorneys for Plaintiff
WANG HARTMANN GIBBS & CAULEY, PLC

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| WANG HARTMANN GIBBS & CAULEY, PLC, a Corporation,<br><br>            Plaintiff,<br><br> vs.<br><br>BEYOND INNOVATION TECHNOLOGY CO., LTD., a Taiwanese corporation<br><br>            Defendant. | Case No.:  SACV10-1515 AG (MLGx)<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

   Plaintiff, Wang, Hartmann, Gibbs & Cauley, PLC, having never served Defendant with the First Amended Complaint and dismissing the First Amended Complaint without prejudice; and

   The COURT, having read and considered the Notice of Dismissal with Prejudice of the First Amended Complaint, and good cause appearing:

1

[PROPOSED] ORDER RE NOTICE OF DISMISSAL OF FIRST AMENDED COMPLAINT

1    IT IS HEREBY ORDERED THAT the Notice of Dismissal of the First
2  Amended Complaint without Prejudice is GRANTED.
3
4  IT IS SO ORDERED:
5
6  Dated:  February 02, 2011
7                                                                              Honorable Andrew J. Guilford
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE NOTICE OF DISMISSAL OF FIRST AMENDED COMPLAINT